

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Lauren Howland<br>*Special Assistant Corporation Counsel*<br>Office:  (212) 356-2016 |

May 28, 2025

**VIA ECF**
Hon. Katharine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



Re: *Cuddy Law Firm, P.L.L.C. v. N.Y.C. Dep't of Educ.,* 25-cv-1945 (KPF)(VF)

Dear Judge Failla:

    I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

    I write on behalf of the parties pursuant to the Court's March 21, 2025 Order (ECF No. 5) to respectfully request that the Court adjourn the Initial Pretrial Conference ("IPTC") currently scheduled for June 13, *sine die* (including the parties' submission of the attendant case management plan). This is the first request to adjourn the IPTC. We note that this is a fees-only claim, without the need for discovery, and liability is not at issue. The requested adjournment will allow the parties time to engage in settlement discussions, and ideally to resolve this matter without further intervention by the Court. Given the forgoing, the parties believe an IPTC to be premature at this time.

    Accordingly, the parties respectfully request that the Court adjourn the IPTC currently scheduled for June 13, *sine die*.

    Thank you for considering this request.

    Respectfully submitted,

    /s/

Lauren Howland
Special Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)

Application GRANTED. The initial pre-trial conference currently scheduled for June 13, 2025, is hereby ADJOURNED *sine die*. The Court will reschedule the conference, as needed, once Defendant has answered the Complaint.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:    May 29, 2025         SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE