

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Lauren Howland**<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-2016 |

June 18, 2025

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re: *Cuddy Law Firm P.L.L.C., v. N.Y.C. Dep't of Educ.,* 25-cv-1945(KPF)(VF)

Dear Judge Failla:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

    I write to respectfully request that the Court stay the instant proceeding due to a pending lawsuit regarding a charging lien against the Plaintiff. Plaintiff consents to this motion. This is the first request to stay this action.

    Defendant was informed of a number of charging liens claims from the Law Office of Adrienne Arkontaky (a former Cuddy Law Firm attorney) against the Cuddy Law Firm (Supreme Court of the State of New York, Cayuga County, Index No. E2024-0133) at some point last year. The instant action seeks attorney's fees for work performed in administrative hearing No. 215706, one of the hearings subject to a lien. A hearing on the charging liens took place on June 18, 2024, however a decision has yet to be rendered. This matter cannot be settled until the charging lien matter is resolved. Further, there can be no meeting of the minds or an agreement to pay any settlement amount until the lien dispute (to which Defendant is not a party) is resolved, whether by Court order, formal withdrawal, or by a negotiated release. The Court should note that Judge Broderick granted a stay in 23-cv-9898(VSB)(OTW) (ECF No. 34), Judge Oetken granted a stay in 24-cv-7384 (JPO)(GS) (ECF No. 17), and Judge Subramanian granted a stay in 24-cv-9239 (ECF No. 11), wherein each matter the same issue arose.

    Thus, Defendant respectfully requests that the Court issue a stay in this matter until the Cayuga County Supreme Court decides the lien issue. The parties will use the requested stay to

continue negotiations, with the goal of settling the matter once the lien issue has been resolved. We note that 95% of the IDEA fees-only actions that are filed in this District are settled without burdening the Court with any motion practice or even the filing of a response to the complaint. The parties are optimistic that this case will take that same course. The parties propose that a joint status letter be due by September 18, 2025, providing the Court with an update on the status of the Cayuga County Supreme Court Action.

       Thank you for considering this request.

                          Respectfully submitted,
                          /s/ *Lauren Howland*

                          Lauren Howland, Esq.
                          Special Assistant Corporation Counsel

cc:    Benjamin Kopp, Esq. (via ECF)

---

Application GRANTED. This case is hereby STAYED, pending a decision by the Cayuga County Supreme Court. The parties are instructed to submit a joint letter updating the Court on the status of that suit on or before **August 25, 2025,** or within two weeks of any significant development in that action.

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated:    June 23, 2025        SO ORDERED.
            New York, New York

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE