

# CUDDY LAW FIRM, P.L.L.C.

**ANDREW K. CUDDY**
MANAGING ATTORNEY

**BENJAMIN M. KOPP**
SENIOR ATTORNEY
FEDERAL LITIGATION TEAM LEADER
(NY)
BKOPP@CUDDYLAWFIRM.COM

**PRINCIPAL OFFICE (MAILING ADDRESS)**
5693 SOUTH STREET ROAD
AUBURN, NY 13021
(315) 370-4020

**OFFICES**
VALHALLA, NY | PHILADELPHIA, PA
CLEVELAND, OH | CHARLOTTE, NC

March 4, 2026

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**Re:    Cuddy Law Firm, P.L.L.C. v. New York City Dept. of Educ.,
Index No. 25-cv-1945-KPF**

Dear Hon. Failla:

I am counsel for the above Plaintiff in the above-referenced action. It has come to my attention a moment ago that ECF 20-2 inadvertently includes a list of now-prior liens, with the unredacted names of minor children and their parents. I apologize for this error and the associated inconvenience.

Under Fed. R. Civ. P. 5.2, which requires privacy protections of minors in filings, Plaintiff respectfully requests that ECF 20-2 be immediately sealed, or alternatively, if a single attachment cannot be sealed, the entirety of ECF 20 be placed under seal. Once the Court decides, the Court's choice of a redacted copy of either ECF 20-2 or the entire entry, will be filed. Defendant consents to this request.

Thank you for your consideration of this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp, Esq.

1

The Court has reviewed the parties' joint letter requesting a lifting of the stay in this matter (Dkt. #20), as well as Plaintiff's above request to seal certain documents (Dkt. #21).  Both requests are GRANTED.

The Court understands that the parties wish to restart settlement discussions.  As such, the parties shall file a status update with the Court on or before **April 6, 2026,** or within two weeks of any significant developments.

In addition, the parties shall file a version of docket entry 20 with the proper redactions on the docket on or before **March 9, 2026.**

The Clerk of Court is directed (i) to lift the stay in this matter; (ii) to terminate the pending motion at docket entry 21; and (iii) to seal docket entry 20.

Dated:     March 5, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE